IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 09 80 033 MISC

IN THE MATTER OF

Case No: C

**ORDER TO SHOW CAUSE**

Kurt Anthony Miller - #184143

_____/

It appearing that Kurt Anthony Miller has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that pursuant to this provision, he may not practice law in the State of California effective December 18, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before March 26, 2009 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Kurt Anthony Miller
Attorney at Law
P.O. Box 1465
South Pasadena, CA 91030