**FILED**

APR 0 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                           No CV-09-80033 MISC VRW

Kurt Anthony Miller,

    State Bar No 184143                      ORDER
_____/

On February 23, 2009, the court issued an order to show cause (OSC) why Kurt Anthony Miller should not be removed from the roll of attorneys authorized to practice law before this court, based upon his enrollment as an inactive member of State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective December 18, 2008.

The OSC was mailed to Mr Miller's address of record with the State Bar. No response to the OSC has been filed.

The court now orders Kurt Anthony Miller removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:                                Case Number: CV09-80033 VRW

Kurt Anthony Miller,                             **CERTIFICATE OF SERVICE**

       Plaintiff,

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kurt Anthony Miller
P.O. Box 1465
South Pasadena, CA 91030

Dated: April 8, 2009

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk